# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 21-MJ-6301-MPK
Search Warrant Case Number: 21-MJ-6092-MPK-APP
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Manish Kumar    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Manish Dina Nath; Manish Nath

**Address:** (City & State)

**Birth date (Yr only):** 1988    **SSN (last4#):** ____    **Sex:** M    **Race:** ____    **Nationality:** Indian

**Defense Counsel if known:** ____    **Address:** ____

**Bar Number:** ____

## U.S. Attorney Information:

**AUSA:** Kriss Basil    **Bar Number if applicable:** 673074

**Interpreter:** ☐ Yes ☐ No    List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** ____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 05/12/2021    **Signature of AUSA:** /s/ Kriss Basil

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Manish Kumar

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001(a)(2) | False statement to federal officers. | Count One |
| Set 2 | 21 U.S.C. § 846 and 841 | Conspiracy to distribute illegally Schedule II drugs | Count Two |
| Set 3 | 18 U.S.C. §§ 371 and 545<br>21 U.S.C. § 331(a) | Conspiracy to smuggle misbranded prescription | Count Three |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____